IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHARLOTTE S. WILSON, by and through the Personal Representative, Ernie Wheale,<br>        Plaintiff,<br><br>    v.<br><br>R-RANCH PROPERTY OWNERS' ASSOCIATION,<br>        Defendant. | Civ. No.2:13-cv-00435 JAM EFB<br><br>O R D E R |

Contained within the "Amended Joint Status Report" in the above-captioned case, the parties have each entered a "Consent to Proceed Before a United States Magistrate."  See 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

1

1  The undersigned has reviewed the file herein and recommends
2 that the above-captioned case be reassigned and referred to the
3 magistrate judge for all further proceedings and entry of final
4 judgment.

5  IT IS HEREBY ORDERED that any hearing dates currently set
6 before the undersigned are VACATED.

7  IT IS FURTHER ORDERED that the Clerk of the Court reassign
8 this case to the Honorable Edmund F. Brennan, Magistrate Judge.
9 The parties shall please take note that all documents hereafter
10 filed with the Clerk of the Court shall bear case number 2:13-cv-
11 00435 EFB.

Dated: April 24, 2013

/s/John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Court Judge

15  Having also reviewed the file, I accept reference of this
16 case for all further proceedings and entry of final judgment.

Dated: April 29, 2013

_____  
HON. EDMUND F. BRENNAN  
United States Magistrate Judge