IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHARLOTTE S. WILSON, by and through the Personal Representative, Ernie Wheale,<br>    Plaintiff,<br><br>    v.<br><br>R-RANCH PROPERTY OWNERS' ASSOCIATION,<br>    Defendant. | Civ. No.2:13-cv-00435 JAM EFB<br><br>O R D E R |

Contained within the "Amended Joint Status Report" in the above-captioned case, the parties have each entered a "Consent to Proceed Before a United States Magistrate." <u>See</u> 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

1

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan, Magistrate Judge. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:13-cv-00435 EFB.

Dated: April 24, 2013

/s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: April 29, 2013

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge