R. MAC PROUT, State Bar #101263
ANNA J. NIEMANN, State Bar # 165326
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax:  (916) 443-4855

Attorneys for Defendant
R-RANCH PROPERTY OWNERS' ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHARLOTTE S. WILSON, by and through the Personal Representative, Ernie Wheale,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>R-RANCH PROPERTY OWNERS' ASSOCIATION, a California corporation; and DOES 1-100,<br><br>　　　　　　Defendant. | CASE NO.  2:13-cv-00435-JAM-EFB<br><br>**STIPULATION AND APPLICATION FOR ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |

TO HON. EDMOND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE ASSIGNED:

　　　　The parties to this action, Plaintiff, ESTATE OF CHARLOTTE S. WILSON, by and through the Personal Representative, Ernie Wheale, by and through his counsel of record Black, Chapman, Webber & Stevens, Frederick H. Lundblade, Esq. and Defendant R-RANCH PROPERTY OWNERS' ASSOCIATION, INC., by and through its counsel of record Prout LeVangie LLP, Anna J. Niemann Esq., do stipulate and agree as follows in seeking the Court's order to modify the Status (Pretrial Scheduling) Order executed June 3, 2013 (Dckt. No. 18):

　　　　1.　　The parties submitted joint status reports, in compliance with the Court's requests (Dckt. Nos. 11, 17) in anticipation of, and agreement to, trial in this matter being set by the Court for a date in May-June, 2014.

2. Pursuant to the Court's June 3, 2013 Scheduling Order, the following deadlines are presently imposed in this action:

    a. Jury trial to commence October 14, 2014

    b. Final pre-trial conference on July 16, 2014

    c. All pre-trial motions to be completed by April 16, 2014

    d. All expert discovery to be completed by March 17, 2014

    e. Motions to compel expert discovery to be heard by February 12, 2014.

    f. Disclosure of trial expert witnesses to be exchanged January 6, 2014

    g. All non-expert discovery must be completed by December 16, 2013

    h All motions to compel non-expert discovery to be heard by November 13, 2013.

3. Although the parties' exchange of written discovery has initiated, responses duly provided, and medical records sought and obtained, the parties have not yet been able to coordinate a schedule of depositions of percipient witnesses. This inability to complete deposition discovery is significantly due to the factual and medical complexities of the events giving rise to plaintiff's complaint and the unavoidable delays inherent in identifying and contacting witnesses who are located in various and widely-separated areas in the States of California and Oregon.

4. To meet the court's November 13, 2013 non-expert discovery motion deadline, any such motions must be filed and served by October 23, 2013. These discovery and enforcement cut-off deadlines, arriving nearly one year prior to trial, unduly hampers the parties' ability to complete investigation, imposes a hardship on the parties' ability to schedule depositions of witness or to complete written discovery, and obviates the parties' ability to enforce discovery that may be obtained after October 23, 2013.

5. To correct this situation, and in order to permit the parties sufficient time to complete written and deposition discovery and to file any necessary motions prior to trial, the parties request the Court to modify its prior scheduling order as follows:

    a. October 14, 2014 trial date and July 16, 2014 pre-trial conference date to remain unchanged.

b.  Deadline for completion of all pre-trial motions, except motions to compel discovery, be set for July 1, 2014.

c.  Expert witness discovery be completed by June 16, 2014.

d.  Motions to compel expert discovery to be heard by June 1, 2014.

e.  Disclosure of trial expert witnesses to be exchanged April 15, 2014.

e.  All non-expert discovery to be completed by April 15, 2014.

f.  Motions to compel non-expert discovery to be completed by April 1, 2014.

Respectfully submitted.

DATED:  October 16, 2013              **PROUT • LEVANGIE**

                                    signature on original
By:_____
   ANNA J. NIEMANN
   Attorneys for Defendant
   R-RANCH PROPERTY OWNERS'
   ASSOCIATION

DATED:  October ___, 2013              **BLACK, CHAPMAN, WEBBER & STEVENS**

                                    signature on original
By:_____
   FREDERICK H. LUNDBLADE
   Attorneys for Plaintiff
   ESTATE OF CHARLOTTE S. WILSON,
   by and through the Personal Representative,
   Ernie Wheale

**So Ordered.**

Dated:  October 23, 2013.          _____
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE