1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ESTATE OF CHARLOTTE S. WILSON,          No.  2:13-cv-435-EFB
     by and through the Personal
12   Representative, Ernie Wheale,

13                  Plaintiff,              ORDER TO SHOW CAUSE

14        v.

15   R-RANCH PROPERTY OWNERS'
     ASSOCIATION, a California corporation;
16   and DOES 1-100,

17                  Defendant.

18

19        On December 4, 2013, the court granted plaintiff's counsel's motion to withdraw as

20   counsel. [1]  ECF No. 25.  The December 4 order explained that Mr. Wheale, who no longer had

21   legal representation, was not permitted to pursue the interest of the Estate of Charlotte S. Wilson

22   without an attorney.  *Id*. at 2; *see Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008)

23   (listing cases where pro se plaintiffs were precluded from asserting claims on behalf of others in a

24   representative capacity); *Iannaccone v. Law*, 142 F.2d 553, 559 (2d Cir. 1998) (administrator of

25   estate may not proceed pro se on behalf of estate); *Jones v. Corr. Med. Servs. Inc.*, 401 F.3d 950,

26   951-52 (8th Cir. 2005) (same); *see also* 28 U.S.C. § 1654 ("In all courts of the United States the

27

28        [1] This case is before the undersigned pursuant to the parties' consent.  ECF No. 13; *see* 28
     U.S.C. § 636(c)(1)

1

1  parties may plead and conduct *their own cases personally* or by counsel . . . .") (emphasis added).

2  Therefore, Mr. Wheale was provided 30 days to retain counsel and to notify the court, in writing,

3  of the name and address of replacement counsel.  As of the date of this order, Mr. Wheale has not

4  filed a notice indicating that new counsel has been obtained.

5         On January 17, 2014, defendant moved to dismiss this action pursuant to Federal Rule of

6  Civil Procedure 41(b) for failure to prosecute.  ECF No. 28.  Court records reflect that plaintiff

7  has not filed an opposition or statement of non-opposition to the motions for summary judgment.

8  Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-

9  opposition thereto, must be served upon the moving party, and filed with this court, no later than

10 fourteen days preceding the noticed hearing date or, in this instance, by February 12, 2014.  Local

11 Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion

12 at oral arguments if opposition to the motion has not been timely filed by that party."  Local Rule

13 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the

14 Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

15 Court."  *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district

16 court's local rules is a proper ground for dismissal.").

17        Accordingly, good cause appearing, it is hereby ORDERED that:

18        1.  The hearing on defendant's motion to dismiss, ECF No. 28, is continued to March 26,

19 2014.

20        2.  Plaintiff shall show cause, in writing, no later than March 12, 2014, why sanctions

21 should not be imposed for failure to timely file an opposition or a statement of non-opposition to

22 the pending motion.

23        3.  Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto,

24 no later than March 12, 2014.

25        4.  Failure of plaintiff to file an opposition to the motion will be deemed a statement of

26 non-opposition thereto, and may result in a recommendation that this action be dismissed for lack

27 of prosecution and/or for failure to comply with court orders and this court's Local Rules.  *See*

28 Fed. R. Civ. P. 41(b).

1          5.  Defendants may file a reply to plaintiff's opposition, if any, on or before March 19,

2     2014.

3     DATED:  February 20, 2014.

4                                         EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3